IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOHANNA BETANCES | No. 21-cr-10012 |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE TO PERMIT TRAVEL**

The United States of America hereby opposes the Defendant's latest Motion to Modify Conditions of Pre-Trial Release To Permit Travel (Dkt.168)(the "present Motion"). The present Motion is the latest of incessant previous motions to modify and/or clarify conditions of release in the case at bar. See. Dkt. 42, 47, 58, 61, 64, and 93. For reasons stated previously and herein, the Government continues to oppose the Defendant's request to travel to the Dominican Republic. As grounds for this opposition, the United States submits the following.

## BACKGROUND AND ARGUMENT

As the Court is aware, on July 25, 2024 the Defendant plead guilty to four counts of the above-numbered Indictment. Dkt. 165. During her plea, the Defendant admitted that during the course of the drug trafficking conspiracy alleged in count one of the Indictment, she knowingly intended to distribute in excess of 800 grams of fentanyl. Dkt. 165 and 167. The Government acknowledges that while her total offense level is 27 which carries a sentencing range of 70 to 87 months incarceration, Dkt. 167; it is likely that the Defendant's Guidelines range will be further reduced for reasons that include but are not limited to USSG § 4C1.1 and 18 U.S.C. § 3553. What is more, the Government reserves the right to recommend a sentence below the Guidelines range calculated by the Court. However, even if the Court accepts the argument that the Defendant will

likely receive a sentence substantially below the GSR calculated at the time of sentencing, Ms. Betances still faces the strong likelihood of a sentence that includes substantial incarceration.

In addition to the likelihood of incarceration, the Defendant's family lives in the Dominican Republic. Furthermore, when arrested, the Defendant was in possession of a current Dominican Identification card. Indeed, the Defendant spent most of 2020 in the Dominican Republic (January through September) with her family. For these reasons, it is the Government's position that, given the potential penalties in this case, the strength of evidence, and the Defendant's extensive ties to the Dominican Republic, the Defendant has posed, and remains, a substantial risk of flight.

<<<space intentionally blank>>>>

**CONCLUSION**

For the above reasons, the United States respectfully requests that the Court deny the present Motion.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:

/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER
Assistant U.S. Attorney
(617)748-3100

Date: August 12, 2024