IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YOHANNA BETANCES | No. 21-cr-10012-WGY |

**DEFENDANT'S MOTION TO EXTEND TRAVEL DUE TO COVID-19 INFECTION**

Ms. Yohanna Betances traveled to the Dominican Republic, with the Court's permission, on August 15, 2024. On August 19, she texted positive for COVID-19. *See* Exhibit A. She contacted the airline and was informed that she needs to test negative before she can fly. She has been in contact with U.S. Probation. Probation assents in this request.[1] She plans to re-test on Monday, August 26 and, assuming the results are negative, fly back as on Tuesday August 27 or as soon as possible thereafter.

She therefore requests that the Court extend her permission to travel until such time as she tests negative, with the understanding that our collective hope is that will occur on August 27 or 28, 2024. She will stay in contact with Probation about her test status. She will immediately report to Probation, in person, upon her return.

---

[1] Ms. Betances contacted the government to ascertain its position on Friday, August 23 but has not yet received a response.

Respectfully submitted,

*/s/ Amy Barsky*
Amy Barsky (BBO # 601111)
William W. Fick (BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
ABARSKY@FICKMARX.COM
wfick@fickmarx.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 26, 2024.

*/s/ Amy Barsky*