# Exhibit A





Página 1

Fecha de Entrada: 19-08-2024

EDAD: 38

Señora
**YOHANNA MADELENNY BETANCES**

SEXO: F

Cédula o Pasaporte: 5263375269

Teléfono: (857) 214-9628

Fecha de Nacimiento:(



Doctor: 00000 PRIVADO

Fecha de Colección: 19/08/2024 04:27 PM

Fecha de Reporte: 19/08/2024 06:25 PM

| DETERMINACIÓN | MÉTODO | RESULTADO | INTERVALO DE REFERENCIA | UNIDADES |
|---|---|---|---|---|

*SARS-CoV-2 (2019-nCoV) PCR*
SARS-CoV-2 RNA | RT-PCR | **DETECTADO** | | ANEXOS

INTERPRETACIÓN DE LOS RESULTADOS: SARS-CoV-2 (2019-nCoV) PCR

La prueba SARS-CoV-2 (2019-nCoV) PCR es un ensayo molecular para la detección cualitativa del ARN genómico del virus SARS-CoV-2 en muestras respiratorias*. La prueba SARS-CoV-2 (2019-nCoV) PCR se basa en la amplificación de ácidos nucleicos mediante reverso-transcripción y reacción en cadena de la polimerasa (RT-PCR) en tiempo real.
ARN genómico del virus SARS-CoV-2 o este se encontraba a una con-
Un resultado "DETECTADO" significa que se detectó el ARN genómico de los genes E y RdRP del virus SARS-CoV-2 (antes llamado 2019-nCoV) y que, presuntivamente, el paciente está infectado.
Un resultado "NO DETECTADO" significa que no estaba presente el ARN genómico del virus SARS-CoV-2 o este se encontraba a una concentración inferior al límite de detección de la prueba.
Un resultado "NO DETECTADO" no excluye la posibilidad de infección respiratoria.
Los resultados de esta prueba no se deberán tomar como criterio exclusivo del diagnóstico, el tratamiento o las decisiones de manejo del paciente. Para el diagnóstico confirmatorio, el tratamiento y las decisiones de manejo del paciente, se deberán considerar todos los hallazgos clínicos, de laboratorio y epidemiológicos disponibles.
Si ante un resultado "NO DETECTADO", todavía se sospecha de infección respiratoria por el virus SARS-CoV-2 en base al historial de exposición, junto con otros hallazgos clínicos, se deberá re-
Un resultado "INDETERMINADO" significa, que se ha detectado el ARN del marcador molecular de alguno de los coronavirus SARS SARSr-CoV), pero no se ha detectado el ARN del marcador molecular del SARS-CoV-2 (2019-nCoV). Un resultado "INDETERMINDO" pudiera deberse a una carga viral baja, de modo que se recomienda repetir la prueba de 24 a 48 horas posteriores a la toma de la muestra a Basado en el contexto epidemiológico actual, con alta probabilidad, un resultado "INDETERMINADO" se pudiera atribuir, demanera
* Muestra repiratoria: hisopado nasofaríngeo, hisopaso orofaríngeo, lavado / aspirado nasofaringeo, saliva, lavado / aspirado broncoalveolar o es-